IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania   :
                                      :
          v.                         :  No. 1695 C.D. 2018
                                        :
Gregoreos Giaffes,               :
              Appellant       :

# **O R D E R**

NOW, March 3, 2020, having considered Appellant's application for reargument, the application is denied.

<br>

                                                               _____

MARY HANNAH LEAVITT,
President Judge